

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| AURORA REGINO, | No. 26-475 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:23-cv-00032-DJC-DMC Eastern District of California, Sacramento |
| v. | |
| GREG BLAKE, Superintendent, | ORDER |
| Defendant – Appellee. | |

Appellant's motion to expedite appeal (Dkts. 3, 4) is granted in part. The court concludes that good cause exists to amend the briefing schedule as follows.

The Opening Brief shall be filed no later than March 6, 2026; the Answering Brief shall be filed no later than April 6, 2026; and the optional Reply Brief shall be filed no later than April 27, 2026. The parties may seek extensions or other appropriate relief if the Supreme Court takes action in any case that may be relevant to this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT