No. 26-475

---

In the United States Court of Appeals
For the Ninth Circuit

---

AURORA REGINO,

*Appellant*,

v.

GREG BLAKE, in his official capacity as Superintendent
of the Chico Unified School District,

*Appellee*.

---

On Appeal from the United States District Court
for the Eastern District of California,
No. 2:23-cv-00032 (Calabretta, J.)

---

**MOTION FOR LEAVE TO FILE
BRIEF *AMICI CURIAE* OF
THE NATIONAL LEGAL FOUNDATION, and
PACIFIC JUSTICE INSTITUTE,**
*supporting the Appellant and reversal*

---

Steven W. Fitschen
      Counsel of Record
The National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

## CORPORATE DISCLOSURE STATEMENT

Neither of the *Amici Curiae* has issued shares to the public, and neither has a parent company, subsidiary, or affiliate that has issued shares to the public. Thus, no publicly held company can own more than 10% of stock of any *Amicus Curiae*.

Pursuant to Federal Rule of Appellate Procedure 29(a)(2)-(3), The National Legal Foundation and Pacific Justice Institute respectfully move for leave to file the accompanying *Amici Curiae* Brief for the following reasons:

1. Counsel for the Appellants has consented to the filing of this Brief.

2. Counsel for the Appellees has neither consented nor refused to consent, but has rather declined to respond to requests for consent.

3. As required by Federal Rule of Appellate Procedure 29(a)(3)(A, proposed *Amici* state their interests as follows: As public interest law firms, *Amici* have, are, and will continue to represent parents in litigation concerning Parental Preclusion Policies such as the one involved in this case. Protecting parents from such policies is core to their missions. Further, they and their donors have an interest in the instant case, one that will impact their own litigation.

4. As required by Federal Rule of Appellate Procedure 29(a)(3)(B), proposed *Amici* explain "why [this] amicus brief is desirable and why the matters asserted are relevant to the disposition of the case" as follows:

    This Brief is desirable because it comports with the spirit of the Advisory Committee Notes to the 1998 and 2010 amendments to the Federal Rules of Appellate Procedure. The notes to the 1998 amendments state that "An *amicus curiae* brief which brings relevant matter to the attention of the

Court that has not already been brought to its attention by the parties is of considerable help to the Court." The notes to the 2010 amendments state that "It should be noted that coordination between the amicus and the party whose position the amicus supports is desirable, to the extent that it helps to avoid duplicative arguments."

5. Specifically, proposed *Amici* coordinated with Appellant to make sure this Brief expands upon, and does not merely repeat relevant *arguments* (without introducing any new *issues*) that are important to the disposition of this case. The tendered Brief does not address the plausibility of the complaint. That was ably addressed by the Appellant. Rather it expands upon the Appellant's discussion of the constitutional violations themselves and provides historical background on the nature of parental rights. Additionally, the tendered Brief greatly expands upon the Appellant's brief discussion of the district court's misuse of *DeShaney v. Winnebago County. Department of Social Services*, 489 U.S. 189 (1989). In making the above arguments, the tendered Brief brings to this Court's attention 31 caselaw, statutory, and other authorities not utilized by the Appellant, thereby not merely repeating the Appellant's arguments.

## CONCLUSION

For the foregoing reasons, this Court should grant the Motion for Leave to File the accompanying *Amici* Brief.

                                               Respectfully submitted,
                                               this 13th day of March, 2026,

Steven W. Fitschen
        Counsel of Record
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the type-volume limitations of F.R.A.P. 27(d)2. Exclusive of the exempted portions, this Motion contains 401 words. This total was calculated with the Word Count function of Microsoft Office Word 365. I certify that this Motion complies with the typeface and typestyle requirements of F.R.A.P. 32(a)(5)-(6) as it has been prepared in Times New Roman, with 14-point plain, Roman text except those portions permitted to or required to deviate.

Steven W. Fitschen
      Counsel of Record
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

Dated: March 13, 2026