**No. 26-475**

# In the United States Court of Appeals
## for the Ninth Circuit

AURORA REGINO,
PLAINTIFF-APPELLANT,

*v.*

GREG BLAKE, SUPERINTENDENT,
DEFENDANT-APPELLEE,

AND

KELLY STALEY, SUPERINTENDENT; CAITIN DALBY; REBECCA KONKIN; TOM LANDO; EILEEN ROBINSON; MATT TENNIS,
DEFENDANTS,

GSA NETWORK,
INTERVENOR-DEFENDANT.

On appeal from the United States District Court for the Eastern District of California, Case No. 2:23-cv-00032-DJC-DMC
Honorable Daniel J. Calabretta, District Court Judge

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF DR. ERICA E. ANDERSON, PhD, SUPPORTING APPELLANT AND REVERSAL**

| CALIFORNIA JUSTICE CENTER | WISCONSIN INSTITUTE FOR LAW & LIBERTY |
|---|---|
| EMILY RAE<br>18002 Irvine Blvd., Suite 108<br>Tustin, CA 92780<br>emily@calpolicycenter.org<br>(949) 237-2573 | LUKE N. BERG<br>330 E. Kilbourn Ave., Suite 725<br>Milwaukee, WI 53202<br>luke@will-law.org<br>(414) 727-7367 |

*Attorneys for Amicus Curiae*

## DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 29(a)(4)(a), Dr. Erica E. Anderson states that she is a person and is not publicly traded company or corporation.

i

# MOTION FOR LEAVE TO FILE AMICUS BRIEF
# DR. ERICA E. ANDERSON[1]

Amicus Dr. Erica E. Anderson hereby seeks leave to file the attached amicus brief in support of Appellant and reversal. The grounds for this motion are as follows:

1. Dr. Erica E. Anderson, PhD, is a transgender, clinical psychologist practicing in California and Minnesota with over 45 years of experience. Between 2019 and 2021, Dr. Anderson served as a board member for the World Professional Association for Transgender Health (WPATH) and as the President of USPATH (the United States arm of WPATH). Since 2016, Dr. Anderson's work has focused primarily on children and adolescents dealing with gender-identity-related issues, at the Child and Adolescent Gender Clinic at Benioff Children's Hospital at the University of California, San Francisco (2016 to 2021), and at her private consulting and clinical psychology practice (2016 to present). She has seen hundreds of children and adolescents for gender-identity-

---

[1] No party's counsel authored this brief in whole or in part. No party or party's counsel contributed money that was intended to fund preparing or submitting this brief. No person—other than the amicus curiae or her counsel—contributed money that was intended to fund preparing or submitting this brief.

related issues in that time, many of whom transition, with her guidance and support.

2. As a practitioner serving children and adolescents experiencing gender incongruence, Dr. Anderson has a strong interest in ensuring that such children receive the best possible support and assistance (whether or not they ultimately transition), which, in her view, requires involving their parents.

3. The District Court's decision has significant implications both in this circuit and throughout the country.

4. To aid this Court's decision, the proposed amicus brief provides an overview, including from a practitioner's perspective, as to why a social transition at school is a serious mental-health-related decision.

6. The proposed amicus brief complies with F.R.A.P. 29 and 32 and this Court's local rules.

7. Plaintiff-Appellant consented to the filing of this brief.

8. Counsel for amicus made a good faith effort to obtain the consent of Defendants-Appellees, however counsel for Defendants-Appellees declined to consent.

For the foregoing reasons, Amicus respectfully requests permission to file the attached amicus brief in support of Appellant and reversal.

Dated: March 13, 2026

                                            Respectfully Submitted,

CALIFORNIA JUSTICE CENTER

/s/ Emily Rae
Emily Rae
18002 Irvine Blvd., Suite 108
Tustin, CA 92780
emily@calpolicycenter.org
(949) 237-2573

WISCONSIN INSTITUTE FOR
LAW & LIBERTY

/s/ Luke N. Berg
LUKE N. BERG
330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
luke@will-law.org
(414) 727-7367

*Attorneys for Amicus Curiae*
*Dr. Erica E. Anderson, PhD*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 372 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this motion has been prepared in a proportionately spaced typeface using the 2013 version of Microsoft Word in 14-point Century Schoolbook font.

Dated: March 13, 2026

/s/ Emily Rae
EMILY RAE

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I filed the foregoing Amicus Brief with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: March 13, 2026

/s/ Emily Rae
EMILY RAE