No. 26-475
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

Aurora Regino,
*Plaintiff-Appellant,*

v.

Superintendent Greg Blake, in his official capacity,
*Defendant-Appellee*
_____

On Appeal from the United States District Court for the Eastern District of California, Sacramento

No. 2:23-cv-00032-DJC-DMC Hon. Daniel J. Calabretta
_____

**Motion For Leave to File *Amici Curiae* Brief of America's Frontline Doctors and Dr. Simone Gold, M.D., J.D. In Support of Plaintiff-Appellant for Reversal**

**Respectfully Submitted,**

**David A. Dalia**
Attorney at Law
*Counsel of Record*
700 Camp Street
New Orleans, LA 70130
T: 504-524-5541
davidadalia@gmail.com
Counsel for *Amici Curiae*,
America's Frontline Doctors and Dr. Simone Gold, M.D., J.D.

# A MATTER OF GREAT PUBLIC IMPORTANCE AND FRAP RULE 29 DISCLOSURES

Respondent school district cannot unconstitutionally usurp the fundamental parental role by secretly and egregiously "socially transitioning" gender-confused young school children because of a disagreement of opinion regarding proper treatment for gender dysphoria. Parents are entrusted with the wise guidance of their children's medical care, not the school. Desistance statistics and the weight of research show that the parental opinions in this case are most likely correct, and the school's approach is medically contraindicated. This is about saving lives.

The Free Speech Foundation, d/b/a America's Frontline Doctors, and Dr. Simone Gold, M.D., J.D., the founder and physician member ("*Amici Curiae*" or "AFLDS") respectfully file this *amici curiae* brief in support of the Plaintiff-Appellant for reversal in *Regino v. Blake,* 26-475 (9th Cir. 2025).[1]

*Amici Curiae* have also filed recent *amici curiae* briefs in the United States Supreme Court in related cases affecting public health and medical freedom such as *Foote, et al. v. Ludlow School Committee, et al.,* 25-77 (2025); *Lee, et al., v. Poudre School District R-1* (25-89)*; United States v. Skrmetti,* 23-477 (U.S. 2024); *Mahmoud v. Taylor,* 24-297 (2024); *Chiles v Salazar,* 24-539 (2024); *Kory, et al. v.*

---

[1] Pursuant to Rule 29, it is hereby certified that no counsel or any party authored or prepared this brief in whole or in part, and no such counsel or party made a monetary contribution intended to fund the preparation or submission of this brief.

*Bonta, et al.,* 24-932, (2024); *Miller, et al. v. McDonald,* 25-133 (2025); *Does 1-2, et al.,* v. *Hochul, et al.,* (24-1015); *Stockton, et al. v. Brown, et al.,* 25-606, (2025); *Mirabelli, et al. v. Bonta, et al.,* 25A810 (2025), *International Partners for Ethical Care, Inc., et al., v. Ferguson, et al.*(25-840), and *Lavigne v. Great Salt Bay Community School Board,* (25-759), seven of which cases are under consideration at this time.

The United States Courts of Appeal for the Third, Fifth, Ninth, Tenth, and Eleventh Circuits have also accepted *amici curiae* briefs from AFLDS.

This brief offers an important *medical and legal perspective* to this Court of great public importance, from thousands of doctors on the frontlines, who are aware that the overwhelming weight of research shows that the ill-considered and impossible "social transitioning of school children to the opposite sex", causes great harms to those children in the vast majority of cases.

Each of AFLDS' member physicians is deeply committed to the guiding principle of medicine: "FIRST, DO NO HARM", and are very aware of the harms which are caused by these well-meaning but misguided policies.

Consent for the filing of this motion was received in writing from Plaintiffs- Appellants. Counsel for the Defendants-Appellees have not responded to our request for consent at the time this motion and *amici curiae* brief were filed.

This *amici curiae* brief offers important <u>medical as well as legal</u> perspectives

to this Court of great public importance, by demonstrating that the petitioning parent is engaged in the lawful exercise of her fundamental parental rights to shield her own beloved minor child from being subjected to the enabling and prolonging of the minor child's gender dysphoria, which could lead to permanently mutilating surgeries now known as "gender transition surgeries." Protecting one's own children from harm is a well-established and constitutionally protected fundamental parental right, deeply rooted in the traditions of our nation.

Such parental protection and wise guidance is completely lawful, particularly where the actions of Respondent in most cases predictably lead to permanent and irreversible psychological and physical damages to these confused children and to their families.

## INTERESTS OF *AMICI CURIAE*

*Amici Curiae* are the Free Speech Foundation, d/b/a America's Frontline Doctors ("AFLDS"), a non-partisan, not-for-profit organization of hundreds of member physicians from across the country, representing a range of medical disciplines and practical experience on the front lines of medicine, and its' founder and expert physician and attorney member, Dr. Simone Gold, M.D., J.D.

AFLDS' programs focus on a number of critical issues including:

• Providing Americans with science-based facts about COVID-19;

• Protecting physician independence from government overreach;

- Combating COVID-19 with evidence-based approaches without compromising constitutional freedoms;
- Fighting medical cancel culture and media censorship;
- Advancing healthcare policies that protect the physician-patient relationship;
- Expanding COVID-19 treatment options for all Americans who need them, and;
- Strengthening the voices of frontline doctors in the national healthcare conversation.

Each of AFLDS' member physicians is deeply committed to the guiding principle of medicine: "FIRST, DO NO HARM." They gravely take their ethical obligations to their patients. It is axiomatic that a physician's duty is to his or her patient. AFLDS holds sacrosanct the relationship between doctor and patient where informed decisions are to be made, taking into consideration all of the factors relating to each individual patients' health, risks, co-morbidities and circumstances.

For AFLDS member physicians, the practice of medicine is not simply a

job or a mere career. Rather, it is a sacred trust. It is a high calling that often requires a decade or more of highly focused sacrificial dedication to achieve.

America's Frontline Doctors is committed to preserving the voluntary and fully informed doctor/patient relationship, opposes any sort of illegal interference with the doctor/patient relationship, and opposes illegal government overreach by the censorship of medical and other information, or by the wholesale mandating of incorrect or dangerous medical information or treatments.

<u>Dr. Gold and AFLDS also publicly supported the position as early as October, 2020 that experimental mRNA injections are not "vaccines", because they do not prevent infection or transmission, and they are neither "safe", nor "effective"</u>[2]. They are personal medical treatments only. These medical facts are now also known to be correct.

"<u>Informed consent</u>" cannot be formed if it is not fully **i**nformed. Voluntary informed consent can never be coerced by threats of termination, subjected to undue influence, nor distorted by censored and incomplete information.

Wherefore, *Amici Curiae* respectfully request that this *amici curiae*

---

[2]https://aflds.org/about-us/press-releases/americas-frontline-doctors-supports-the-filing-of-a-petition-for-preliminary-injunction-to-prevent-kaiser-permanente-from-enforcing-their-vaccine-mandate

brief be accepted for filing by this Honorable Court.

                              **Respectfully Submitted,**

*s/ David A. Dalia*
**David A. Dalia, La. Bar No. 01320**
**Attorney at Law**
**700 Camp Street**
**New Orleans, LA 70130**
**T: 504-524-5541**
**davidadalia@gmail.com**
**Counsel for *Amici Curiae*,**
**America's Frontline Doctors and Dr. Simone Gold, M.D., J.D.**

### Certificate of Compliance

I hereby certify that the foregoing Motion for Leave contains 1001 words as measured by Microsoft Word, and is seven pages long.

                              *s/ David A. Dalia*
                              **David A. Dalia**

## Certificate of Service

I hereby certify that on the <u>13th</u> day of <u>March</u>, 2026, a copy of the foregoing Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was sent electronically to all counsel of record using the CM/ECF system.

                          <u>s/ *David A. Dalia*</u>
                            **David A. Dalia**